IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DIALLIO JONES**  **PLAINTIFF**
**#108191**

v.  **CASE NO. 3:25-cv-230 JM**

**HENDRIX, Officer,** *et al.*  **DEFENDANTS**

## ORDER

Diallio Jones's motion for status (Doc. 6) is granted. The clerk is directed to send Mr. Jones a copy of the docket sheet along with this Order. Mr. Jones is noticed that his case is administratively stayed pending the resolution of his state criminal proceedings. He may file a motion to reopen this case after such final disposition. Any motion to reopen must be filed within 60 days of that final disposition. If Jones does not file a timely motion to reopen or a status report by **October 20, 2026**, then the Court will reopen the case and dismiss it without prejudice.

IT IS SO ORDERED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE