**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DIALLIO JONES**                                                                        **PLAINTIFF**
**ADC #108191**

**v.**                                        **CASE NO. 3:25-cv-230 JM**

**HENDRIX, Officer,** *et al*.                                                   **DEFENDANTS**

## ORDER

Plaintiff Diallio Jones motion for status (Doc. 15) is GRANTED.  Defendants Hendrix and

Mahabir have been served, and an Answer has been filed.  An initial Scheduling Order will issue.

The Clerk is directed to send Mr. Jones a copy of the docket sheet along with this Order.

IT IS SO ORDERED this 29th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE