**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DIALLIO JONES** **PLAINTIFF**
**ADC #108191**

**v.** **CASE NO. 3:25-cv-230 JM**

**HENDRIX, Officer, *et al*.** **DEFENDANTS**

# ORDER

Plaintiff Diallio Jones's filed a motion for summary judgment on August 17, 2026. (Doc. No. 26). The motion was filed after he submitted an amended complaint but before the Court had given him leave to file it. The amended complaint raised new claims against additional defendants—Officer Tyler Burgess, Chief Richard Dennis, and the City of Wynne . When Plaintiff filed his motion for summary judgment on these claims, the additional defendants had not been served (or had summons issued). His motion was therefore premature. For this reason, Plaintiff's motion for summary judgment is DENIED without prejudice to refiling.

IT IS SO ORDERED this 30th day of September, 2026.

UNITED STATES DISTRICT JUDGE